## B. M. Patton, Appellant, v. Jacob Stangle et al., Appellees.

Gen. No. 43,484.

opinion filed June 10, 1946; released for publication July 1, 1946. B. M. Patton, *pro se;* Charles C. Mull, of counsel; Harold L. Reeve and Charles F. Grimes, for certain appellees; Charles F. Grimes, of counsel; McInerney, Epstein & Arvey, for certain other appellees; Louis M. Mantynband and Sidney R. Zatz, of counsel; Edwin A. Halligan, for certain appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.